Edward J. BARTA

v.

Sanford GORODETSKY et al.

No. 80–226–A.

Supreme Court of Rhode Island.

June 5, 1980.

Keven A. McKenna, Providence, for plaintiff.

Vincent J. Piccirilli, Providence, for defendants.

ORDER

The defendants' motion for stay of the Superior Court judgment pending appeal is granted.

COVENTRY SCHOOL COMMITTEE

v.

COVENTRY TEACHERS ALLIANCE
et al.

No. 80–157–M.P.

Supreme Court of Rhode Island.

June 5, 1980.

Charles T. Rennick, Coventry, for plaintiff–respondent.

Richard A. Skolnik, Providence, for defendants–petitioners.

ORDER

The petition for writ of certiorari is granted.

Julia Eliza GRIFFIN

v.

W. Edward WOOD et al.

No. 80–26–A.

Supreme Court of Rhode Island.

June 5, 1980.

Norman L. Grant, Pawtucket, for plaintiff.

Harold E. Krause, Jr., Special Asst. Atty. Gen., for defendants.

ORDER

The plaintiff's motion for permission to file a brief in excess of 50 pages is denied.

Mary A. RICCIO

v.

FILENE'S FEDERATED DEPARTMENT STORES, INC.

No. 78–310–A.

Supreme Court of Rhode Island.

June 5, 1980.

Lovett & Linder, Ltd., Lauren E. Jones, Providence, for petitioner.

Eldridge H. Henning, Jr., Providence, for respondent.

ORDER

The petition for counsel fee pursuant to G.L.1956 (1979 Reenactment) § 28–35–32 is granted and counsel for petitioner is awarded a fee of $450 for services rendered before this court.